UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORIS SANCHEZ,

              Plaintiff,

    - against -

GOAT FIFTY, LLC, ET AL.,

              Defendants.

---

24-cv-8191 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **February 28, 2025**. If service is not made by February 30, 2025, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            January 30, 2025

                                                John G. Koeltl
                                    United States District Judge