UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORIS SANCHEZ,                               24-cv-8191 (JGK)

              Plaintiff,            ORDER

    - against -

GOAT FIFTY, L.L.C., ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant Goat Fifty, L.L.C. to answer was February 6, 2025. The time for defendant Frank Casano to answer was February 13, 2025. The time for defendant ABC Corporation, doing business as Inatteso Pizza Bar, to answer was February 13, 2025. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **March 13, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **February 25, 2025**.

SO ORDERED.

Dated:    New York, New York
           February 18, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge