UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORIS SANCHEZ,

        Plaintiff(s)

        -against-

GOAT FIFTY, LLC, et al.,

        Defendant(s).
------------------------------------------------------------X

24 civ 8191 (JGK)

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 19, 2025