```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LORIS SANCHEZ,

                Plaintiff,        24-cv-8191 (JGK)

    - against -                    ORDER

GOAT FIFTY, LLC, ET AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    The original time for the Defendant Goat Fifty, LLC to answer was February 6, 2025. The time for Defendant Frank Casano to answer was February 13, 2025. The time for Defendant ABC Corporation, doing business as Inatteso Pizza Bar, to answer was February 13, 2025. On February 18, 2025, the Court extended the time for the defendants to answer to March 13, 2025. See ECF No. 16. Pursuant to the March 13, 2025 Order, the plaintiff has filed proof that the Order extending the time to answer was served on the defendants. See ECF Nos. 17-18. To date, no answers have been filed.

    Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **March 28, 2025**.

SO ORDERED.

Dated:    New York, New York
            March 14, 2025

                                              _____
                                                John G. Koeltl
                                            United States District Judge