# LAW OFFICE OF BRIAN L. GREBEN

316 Great Neck Road  
Great Neck, NY 11021

Office: (516) 304-5357  
Fax: (516) 726-8425

www.grebenlegal.com

brian@grebenlegal.com

March 26, 2025

**VIA ECF**

Hon. John G. Koeltl  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *Loris Sanchez v. GOAT Fifty, LLC d/b/a Coco Bistro et al.*  
24 Civ. 8191 (JGK)(HJR)

Dear Judge Koeltl:

I represent plaintiff Loris Sanchez in the above matter, and am sending this letter to request a two (2) week extension of our deadline to file an order to show cause for a default judgment pursuant to your Order of March 14, 2025 (ECF Doc. No. 20). I am seeking this extension because I have been extraordinarily busy since receiving the March 14 Order and have not had time to properly draft an order to show cause by the current deadline of March 28, 2025. Moreover, I will be out of the country during the first week of April 2025. If our request is granted the new filing deadline for the order to show cause will be April 11, 2025.

This is the first time plaintiff has requested an extension of the default order to show cause deadline. Defendants have not appeared in the action.

Thank you for your time and consideration.

Very truly yours,

/s/ Brian L. Greben

Brian L. Greben

*[Handwritten note:] Time to file the order to show cause for a declaratory judgment is extended to April 11, 2025. So ordered. JGKoeltl 3/27/25 U.S.D.J.*