```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

LORIS SANCHEZ,

                Plaintiff,        24-cv-8191 (JGK)

    - against -               ORDER

GOAT FIFTY LLC,

                Defendant.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for Thursday, April 10, 2025, at 12:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
          April 3, 2025

                                              John G. Koeltl
                                  United States District Judge