UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LORIS SANCHEZ, on behalf of himself
and others similarly situated,

                                                          **Docket No. 24 cv 8191 (JGK)**

                Plaintiff,

     -against-

GOAT FIFTY, LLC d/b/a COCO BISTRO,
"ABC CORPORATION" d/b/a INATTESO PIZZA
BAR, name of the corporation being fictitious and
unknown to Plaintiffs, and FRANK CASANO,

                Defendants.
------------------------------------------------------------------X

## **JUDGMENT**

On October 28, 2024, this action was commenced by Plaintiff's filing of the Complaint and this Court's issuance of the summons. The Complaint sets forth claims for relief against defendants for: failure to pay minimum wage, in violation of 29 U.S.C. § 201, *et seq.*; failure to pay minimum wage, in violation of New York Labor Law, § 201, *et seq.*; failure to pay overtime, in violation of 29 U.S.C.§ 201, *et seq.*; failure to pay overtime, in violation of 12 NYCRR § 146, *et seq.*; failure to pay spread of hours wages, in violation of 12 NYCRR § 146-1.6; failure to issue require wage statements in violation of New York Labor Law §§ 195, 198 *et seq.*, and 12 NYCRR § 146, *et seq*; failure to issue paystubs in violation of New York Labor Law §§ 195, 198 *et seq.*, and 12 NYCRR § 146, *et seq.*; and failure to reimburse expenses. The summons and complaint having been duly served on the above-named defendants Goat Fifty, LLC d/b/a Coco Bistro, "ABC Corporation" d/b/a Inatteso Pizza Bar, and Frank Casano, and defendants having failed to plead or otherwise defend in this action, and said default having been duly noted,

NOW, on application of Law Office of Brian L. Greben, the attorneys for Plaintiff, and

upon the pleadings, the moving Memorandum of Law, the April 11, 2025 Affidavit of Plaintiff, Plaintiff's April 11, 2025 submissions in support of the motion for default judgment, and all Exhibits annexed thereto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Loris Sanchez, has judgment against the defendants as follows:

A. Defendants Goat Fifty, LLC d/b/a Coco Bistro and Frank Casano, jointly and severally, in the amount of $426,471.90 in compensatory damages, liquidated damages and statutory penalties;

B. Defendants "ABC Corporation" d/b/a Inatteso Pizza Bar and Frank Casano, jointly and severally, in the amount of $8,999.91 in compensatory and liquidated damages;

C. Defendants Goat Fifty, LLC d/b/a Coco Bistro, "ABC Corporation" d/b/a Inatteso Pizza Bar, and Frank Casano, jointly and severally, for attorneys' fees in the amount of $15,920.00;

D. Defendants Goat Fifty, LLC d/b/a Coco Bistro, "ABC Corporation" d/b/a Inatteso Pizza Bar, and Frank Casano, jointly and severally, for costs in the amount of $673.87;

E. Pre-judgment interest, accruing at a rate of 9% *per annum* from the date of each relevant pay period through the date of this judgment, in the amount of $_____;

F. Post-judgment interest, accruing at a rate of 9% *per annum* from the date of this judgment, in the amount of $_____;

all computed as provided in 28 U.S.C. § 1961(a) for a total of $_____;

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then

pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Plaintiff shall serve this Order on defendant within seven (7) days of the Order.

Dated:_____

_____
UNTIED STATES DISTRICT JUDGE