```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LORIS SANCHEZ,

              Plaintiff,

   - against -

GOAT FIFTY, L.L.C., ET AL.,

             Defendants.

------------------------------------------------

24-cv-8191 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    On April 10, 2025, the Clerk of Court issued a certificate of default as to the defendants Goat Fifty, L.L.C., Frank Casano, and ABC Corporation d/b/a Inatteso Pizza Bar. See ECF No. 28. On April 15, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. See ECF No. 34. The plaintiff served the order to show cause on the defendants the next day. See ECF No. 35. The time to respond to the order to show cause was May 5, 2025, but to date, the defendants have failed to respond. Accordingly, the plaintiff Loris Sanchez is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:    New York, New York
            May 13, 2025

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                         **United States District Judge**