UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LORIS SANCHEZ**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>**GOAT FIFTY, LLC d/b/a COCO BISTRO,** "ABC CORPORATION" d/b/a INATTESO PIZZA BAR, name of the corporation being fictitious and unknown to Plaintiffs, and FRANK CASANO<br><br>Defendant. | CASE NO. 1:24-CV-08191-JGK-HJR<br><br>**JUDGE JOHN G. KOELTL**<br><br>**MAGISTRATE JUDGE HENRY J. RICARDO** |

### NOTICE OF APPEARANCE OF MICHAEL A. VATIS FOR DEFENDANTS

**PLEASE TAKE NOTICE** that Michael A. Vatis of Benesch, Friedlander, Coplan & Aranoff LLP hereby enters his appearance as counsel for Defendants Goat Fifty, LLC d/b/a Coco Bistro, Osteria Casano LLC d/b/a Inattesso Pizzabar, and Frank Casano. I certify that I am admitted to practice in the United States District for the Southern District of New York.

Date:  August 18, 2025

/s/ Michael A. Vatis
Michael A. Vatis (N.Y. Bar No. 2258655)
Benesch Friedlander Coplan and Aranoff LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Phone: (646) 328-0494
mvatis@beneschlaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Michael A. Vatis, hereby certify that on this 18th day of August 2025, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing NOTICE OF APPEARANCE OF MICHAEL A. VATIS FOR DEFENDANTS on the following individuals:

> Brian L. Greben
> Law Office of Brian L. Greben
> 316 Great Neck Road
> Great Neck, NY 11021
> Telephone: (516) 304-5357
> grebenlaw@gmail.com
>
> *Counsel for Plaintiff*

*/s/ Michael A. Vatis*