USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORIS SANCHEZ,

                          Plaintiff,

            -v-

GOAT FIFTY, L.L.C., *et al.*,

                          Defendants.

**ORDER**

24-CV-8191 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' September 19, 2025 Joint Status Report regarding Defendants' anticipated Motion to Vacate the Default Judgment (the "Motion"). ECF No. 46. The Parties are directed to file an additional Joint Status Report by **October 24, 2025**, unless Defendants file the Motion earlier.

**SO ORDERED.**

Dated: September 22, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1