UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Loris Sanchez,

                          Plaintiff,              24-cv-8191 (JGK)

            - against -                           ORDER

Goat Fifty, LLC, et al.,

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

February 24, 2026.

SO ORDERED.

Dated:     New York, New York
           February 10, 2026

                                            _____
                                                 John G. Koeltl
                                            United States District Judge