UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LORIS SANCHEZ,

                         Plaintiff,              24-cv-8191 (JGK)

            - against -                          ORDER

GOAT FIFTY, LLC, ET AL.,

                         Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

May 27, 2026.

SO ORDERED.

Dated:    New York, New York
          May 13, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge