USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORIS SANCHEZ,

Plaintiff,

-v-

GOAT FIFTY, L.L.C., *et al.*,

Defendants.

**ORDER**

24-CV-8191 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 70 (the "Letter Motion"), requesting a pre-motion conference. The request for a pre-motion conference is **GRANTED**. Defendants shall file a response to the Letter Motion by **August 24, 2026**. The undersigned will hold a conference via telephone on **September 3, 2026** at **10:00 a.m.** to address the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 672 963 508#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 70 as **GRANTED**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge