USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORIS SANCHEZ,

Plaintiff,

-v-

GOAT FIFTY, L.L.C., *et al.*,

Defendants.

**ORDER**

24-CV-8191 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 3, 2026 to address Plaintiff's letter motion to compel, ECF No. 70 (the "Letter Motion"), and Defendants' response to the Letter Motion, ECF No. 73. For the reasons articulated in the conference transcript, the Letter Motion is **DENIED AS MOOT**, without prejudice to renewal.

Additionally, the parties' request to extend discovery deadlines is **GRANTED**. The parties shall adhere to the following schedule:

- The deadline for depositions to occur is **October 13, 2026**;
- Fact discovery shall close on **December 14, 2026**;
- Expert discovery shall be completed by **February 12, 2027**.

Finally, the parties shall file a joint status report providing an update on this case by **November 2, 2026**.

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge